# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00401-CR

In re Bonnie Allen Thomas

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Bonnie Allen Thomas's first amended petition for writ of mandamus, filed on November 14, 2025, is denied.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  November 20, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petition denied
Do not publish
OT06

